Barry W. Dod, OSB#822403
Email: barry.dod@farmersinsurance.com
LAW OFFICE OF JULIE D. ELKINS
4380 SW Macadam Avenue, Suite 350
Portland, OR 97239
Telephone: (503) 892-2072
Facsimile: (503) 245-3191

Of Attorneys for Defendant Nether Industries Incorporated

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BRIDGETOWN NATURAL FOODS, LLC, an Oregon limited liability corporation,<br><br>      Plaintiff,<br><br>    v.<br><br>NETHER INDUSTRIES INCORPORATED, a Washington corporation,<br><br>      Defendant. | Case No. 3.18-cv-01838-AC<br><br>**THIRD-PARTY COMPLAINT** |
| NETHER INDUSTRIES INCORPORATED, a Washington corporation,<br><br>      Third-Party Plaintiff,<br><br>    v.<br><br>LaBRECK STAINLESS WORKS, LLC, an Idaho limited liability corporation,<br><br>      Third-Party Defendant. | |

AS AND FOR ITS Third-Party Complaint, third-party plaintiff Nether Industries

Incorporated ("Nether") alleges:

**Portland Office**:
**Physical Address:**
4380 SW Macadam Avenue, Suite 350
Portland, OR 97239
Telephone: (503) 245-3211
Facsimile: (503) 245-3191

LAW OFFICE OF JULIE D. ELKINS
Not a Partnership*

**Mailing Address for both offices:**
PO Box 258829
Oklahoma City, OK 73125-8829
* Litigation Division: Farmers Insurance Group of Companies®

**Eugene Office:**
**Physical Address:**
450 Country Club Road, Suite 250
Eugene, OR 97401
Telephone: (541) 225-2900
Facsimile: (541) 225-2918

1. Nether is a Washington corporation with its principal place of business in Washington.

2. LaBreck Stainless Works, LLC, is an Idaho limited liability corporation with its principal place of business in Idaho.

3. Nether is a named defendant in *Bridgetown Natural Foods, LLC v. Nether Industries Incorporated*, United States District Court for the District of Oregon, Portland Division, case no. 3.18-cv-01838-AC. A copy of the Complaint therein is attached as Exhibit 1 and incorporated herein for purposes of reference only, and not as an admission of any of the allegations contained therein.

4. LaBreck assisted in the design of the chocolate melting tank, manufactured the tank, and sold it to Nether. LaBreck delivered the tank to Bridgetown Natural Foods' facility in Portland Oregon. Bridgetown and Nether installed the tank in Bridgetown's facility in Portland, Oregon.

## FIRST CLAIM FOR RELIEF
(Contribution)

5. LaBreck was negligent in its design, manufacture and sale of the chocolate melting tank.

6. LaBreck's negligence was a contributing cause of Bridgetown's claimed damages.

7. LaBreck's liability in tort to Bridgetown requires its fault to be compared pursuant to the provisions of ORS 31.600, *et seq.*

/ / / /

/ / / /

/ / / /

LAW OFFICE OF JULIE D. ELKINS
Not a Partnership*

**Portland Office**:
**Physical Address:**
4380 SW Macadam Avenue, Suite 350
Portland, OR 97239
Telephone: (503) 245-3211
Facsimile: (503) 245-3191

**Mailing Address for both offices:**
PO Box 258829
Oklahoma City, OK 73125-8829
* Litigation Division: Farmers Insurance Group of Companies®

**Eugene Office:**
**Physical Address:**
450 Country Club Road, Suite 250
Eugene, OR 97401
Telephone: (541) 225-2900
Facsimile: (541) 225-2918

WHEREFORE, Nether Industries Incorporated prays for judgment in its favor and against LaBreck Stainless Works, LLC, for contribution, together with an award of Nether's costs and disbursements incurred herein, and any other relief the court deems reasonable and just.

Dated: November 28, 2018			**LAW OFFICE OF JULIE D. ELKINS**

By:   s/ Barry W. Dod
Barry W. Dod, OSB # 822403
Email:  barry.dod@farmersinsurance.com
Of Attorneys for Defendant/Third-Party Plaintiff Nether Industries

LAW OFFICE OF JULIE D. ELKINS
Not a Partnership*

**Portland Office**:
**Physical Address:**
4380 SW Macadam Avenue, Suite 350
Portland, OR 97239
Telephone: (503) 245-3211
Facsimile: (503) 245-3191

**Mailing Address for both offices:**
PO Box 258829
Oklahoma City, OK 73125-8829
* Litigation Division: Farmers Insurance Group of Companies®

**Eugene Office:**
**Physical Address:**
450 Country Club Road, Suite 250
Eugene, OR 97401
Telephone: (541) 225-2900
Facsimile: (541) 225-2918

# CERTIFICATE OF SERVICE

I hereby certify that I served, on the date set forth below, the foregoing **THIRD-PARTY COMPLAINT** upon:

Kurt C. Peterson
Kilmer, Voorhees & Laurick, PC
732 NW 19th Avenue
Portland, OR 97209-1302
Telephone: (503) 224-0055
Fax:     (503) 222-5290
Email: kpeterson@kilmerlaw.com

*Of Attorneys for Plaintiff*


by the following indicated method(s):

    [ ]    by **MAILING** full, true and correct copies in sealed, postage paid envelopes, addressed as shown above, and deposited with the U.S. Postal Service at Portland, Oregon;

    [X]    by **E-FILING** a full, true and correct copy thereof to the attorney, as shown above, at the electronic mail address reflected on the court's CM/ECF system;

    [ ]    by causing full, true and correct copies to be **HAND-DELIVERED** to the parties, and at the addresses, indicated above;

    [ ]    by **FAXING** a full, true and correct copy to the parties indicated above.

DATED this 28th day of November, 2018.

                         s/ Barry W. Dod
                         Barry W. Dod, OSB # 822403
                         Of Attorneys for Defendant/Third-Party Plaintiff Nether Industries

LAW OFFICE OF JULIE D. ELKINS
Not a Partnership*

**Portland Office**:
**Physical Address:**
4380 SW Macadam Avenue, Suite 350
Portland, OR 97239
Telephone: (503) 245-3211
Facsimile:  (503) 245-3191

**Mailing Address for both offices:**
PO Box 258829
Oklahoma City, OK 73125-8829
* Litigation Division:  Farmers Insurance Group of Companies®

**Eugene Office:**
**Physical Address:**
450 Country Club Road, Suite 250
Eugene, OR 97401
Telephone: (541) 225-2900
Facsimile: (541) 225-2918