UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BRIDGETOWN NATURAL FOODS, LLC, an Oregon Limited Liability Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>NETHER INDUSTRIES INCORPORATED, a Washington corporation,<br><br>        Defendant. | 3:18-cv-01838-AC<br><br>ORDER OF DISMISSAL |

NETHER INDUSTRIES INCORPORATED,
a Washington corporation,

        Third Party Plaintiff

v.

LaBRECK STAINLESS WORKS, LLC, an
Idaho limited liability corporation,

        Third Party Defendant.

ACOSTA, Magistrate Judge:

      GRANTING the parties Stipulatied Motion to Dismiss (ECF #26), filed by the parties on August 14, 2019. Accordingly, the court finds this case has been fully compromised and settled.

Therefore, IT IS ORDERED and ADJUDGED that: (1) this action is DISMISSED with prejudice and without costs to any party; (2) pending motions, if any, are DENIED as moot; and (3) all scheduling dates shall be vacated and stricken from the calendar.

DATED this 14th day of August, 2019.

_____
JOHN V. ACOSTA
United States Magistrate Judge